FILED
SEP 21 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Crim. No. 06- 400-02 (JMF) |
| | * | |
| | * | |
| RAMONA BAEZ | * | |

### FORTHWITH ORDER

The Court has considered the defendant's unopposed request to be transferred to the Correctional Treatment Facility ("CTF") during the pendency of this case because of her medical and pregnancy issues, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this ___21__ Day of _____September_____, 2006,

ORDERED that Ramona Baez (DCDC # 311925) be transferred forthwith to the Correctional Treatment Facility ("CTF") until further order of this Court.

SO ORDERED.

John M. Facciola
United States Magistrate Judge

Copies to:
Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

AUSA Anthony Scarpelli
555 Fourth Street, N.W.
Washington, D.C. 20530

United States Marshal's Service
Prisoner Coordination Section

D.C. Department of Corrections