UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 06-304-02 (JR) |
| | ) | |
| | ) | |
| RAMONA BAEZ | ) | |

DEFENDANT BAEZ'S CONSENT MOTION TO SUSPEND MONITORING
CONDITIONS FROM DECEMBER 24TH THROUGH DECEMBER 25TH, 2006
TO PERMIT HER TO SPEND CHRISTMAS EVE AND CHRISTMAS DAY AT HER
BROTHER'S HOME IN CLIFTON, NEW JERSEY ON THOSE DAYS
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW the defendant, through undersigned counsel, and respectfully moves this

Court to suspend the electronic monitoring conditions, and travel restriction condition, if

applicable, for December 24th through December 25th, and allow her to travel to spend Christmas

Eve and Christmas day at her bother's home in Clifton, New Jersey.  In support of this motion

defendant states as follows:

1.  On or about September 16, 2006, Ms. Baez was arrested and charged with possession

with intent to distribute a detectable amount of cocaine in violation of 21 U.S.C. 841.  On or

about September 18, 2006, she was presented before Magistrate Judge Facciola.  The government

requested detention, and a hearing was held before Magistrate Judge Facciola on September 25,

2006.

2.  At the detention hearing, Magistrate Judge Facciola ordered Ms. Baez's release on

electronic home monitoring under the supervision of the Heightened Supervision Program of the

Pretrial Services Agency (PSA).  Since Ms. Baez lives in New York, supervision had to be

transferred to the Pretrial Services Agency for the Southern District of New York.

- 2 -

3.  On or about October 15, 2006, Ms. Baez was indicted on one count of possession with intent to distribute a detectable amount of cocaine.  Ms. Baez was arraigned before Your Honor and was released on the same electronic monitoring conditions.  Ms. Baez has been in compliance with all of her electronic monitoring conditions since her release in September, including two overnight trips to Washington, D.C. for court appearances before Your Honor.

4.  Ms. Baez would like to spend Christmas Eve and Christmas Day with her family, which will be gathering at her brother's home in Clifton, New Jersey, which is just outside Clifton, New Jersey.   However, the PSA representative has advised her that she can not do that unless she obtains court approval.

5.  Counsel left a telephone message for Gianfranco Furelli, Ms. Baez's PSA case manager in New York, but as of the filing of this motion counsel has not been able to speak with Mr. Furelli.   Nevertheless, counsel has spoken with a representative of the Pretrial Services Agency (PSA) in Washington, D.C., who confirmed that electronic monitoring conditions can generally be suspended for a period of time if so ordered by the Court.

6.  Ms. Baez is prepared to provide the PSA representative with her brother's address and telephone number so that she can be contacted if necessary.

7.  AUSA Anthony Scarpelli has authorized counsel to represent that the government consents to defendant's request to suspend the electronic monitoring conditions between December 24th and 25th, 2006, and permit her to travel to Clifton, New Jersey in order to visit her family on those days.

- 3 -

WHEREFORE, for all the reasons set forth above, the defendant respectfully requests that the Court suspend her electronic monitoring conditions December 24th through 25th, 2006, and permit her to visit her family at her brother's home in Clifton, New Jersey.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar No. 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for Ramona Baez

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served electronically upon Assistant United States Attorneys Anthony Scarpelli,  Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C.  20530, and to all counsel of record, this     19th     day of December, 2006.

/s/
Howard B. Katzoff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 06-304-02 (JR)** |
| | ) | |
| | ) | |
| **RAMONA BAEZ** | ) | |

## <u>ORDER</u>

_____The Court has considered the Defendant's Consent Motion to suspend the electronic

monitoring conditions, and travel restrictions, if applicable, for December 24th through

December 25th, 2006, and to allow her to visit her brother in Clifton, New Jersey on those days,

and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this _____ Day of _____, 2006,

ORDERED that Defendant's Motion is hereby GRANTED, and it is

FURTHER ORDERED that Defendant's electronic monitoring conditions, and travel

restrictions, if applicable, shall be suspended for December 24th through December 25th, 2006, and

that Defendant shall be allowed to visit her brother in Clifton, New Jersey on those days.

SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge

- 2 -

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C.  20004

Anthony Scarpelli, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20004

Mr. Gianfranco Furelli
Pretrial Services Agency - Electronic Monitoring Section
United States District Court
500 Pearl Street, Room 550
New York, NY 10007
(212) 805-4175 (Facsimile)
(212) 805-4152 (Office)