UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 06-304-02 (JR) |
| | ) |
| RAMONA BAEZ | ) |

FILED

DEC 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The Court has considered the Defendant's Consent Motion to suspend the electronic monitoring conditions, and travel restrictions, if applicable, for December 24th through December 25th, 2006, and to allow her to visit her brother in Clifton, New Jersey on those days, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this ___20th___ Day of ___December___, 2006,

ORDERED that Defendant's Motion is hereby GRANTED, and it is

FURTHER ORDERED that Defendant's electronic monitoring conditions, and travel restrictions, if applicable, shall be suspended for December 24th through December 25th, 2006, so that the Defendant can visit her brother in Clifton, New Jersey on those days, and it is

FURTHER ORDERED that the Defendant shall remain at her brother's house while away from her home; shall return to her home following her visit; and shall provide the Pretrial Services Agency with the address and telephone number at her brother's home so she can be contacted if necessary.

SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge

- 2 -

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004    FAX #: (202) 628-2881

Anthony Scarpelli, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20004

Mr. Gianfranco Furelli
Pretrial Services Agency - Electronic Monitoring Section
United States District Court
500 Pearl Street, Room 550
New York, NY 10007
(212) 805-4175 (Facsimile)
(212) 805-4152 (Office)