UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 06-304-02 (JR) |
| | : | |
| RAMONA BAEZ, | : | |
|     Defendant. | : | |

**GOVERNMENT'S MOTION TO DISMISS**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment against the defendant Ramona Baez and release the defendant from any release conditions resulting from the charges in the above-captioned matter.

## Conclusion

**WHEREFORE** we respectfully request that the government's Motion to Dismiss be granted.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY


By: _____
    ANTHONY SCARPELLI
    Assistant United States Attorney

## Certificate of Service

      I hereby certify that a copy of the foregoing Government's Motion to Dismiss and proposed Order was served by Electronic Court Filing, upon counsel for the defendant, Howard Katzoff, Esquire this 22nd day of January, 2007.

 

_____
ANTHONY SCARPELLI
Assistant United States Attorney
D.C. Bar No. 474-711
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-1679

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Criminal No. 02-304-02 (JR) |
| : | |
| **RAMONA BAEZ,** : | |
| Defendant. : | |

# ORDER

Upon consideration of government's Motion to Dismiss the Indictment in this matter pending against the defendant Ramona Baez, after a consideration of Rule 48(a) of the Federal Rules of Criminal Procedure and the entire record in this matter, it is this _____ day of January, 2007,

**ORDERED** that charges pending against Ramona Baez in the above-captioned matter be, and hereby are, dismissed. It is

**FURTHER ORDERED** that Ramona Baez is hereby released from any release conditions in this matter.

JAMES ROBERTSON
United States District Judge

Copies to:

Anthony Scarpelli
Assistant United States Attorney

Howard Katzoff, Esquire
601 Indiana Avenue, N.W.
Suite 500
Washington, D.C., 20004