**FILED**
JAN 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
v.                                 :    Criminal No. 06-304-02 (JR)
                                   :
RAMONA BAEZ,                       :
         Defendant.                :

## ORDER

Upon consideration of government's Motion to Dismiss the Indictment in this matter pending against the defendant Ramona Baez, after a consideration of Rule 48(a) of the Federal Rules of Criminal Procedure and the entire record in this matter, it is this 22nd day of January, 2007,

**ORDERED** that charges pending against Ramona Baez in the above-captioned matter be, and hereby are, dismissed. It is

**FURTHER ORDERED** that Ramona Baez is hereby released from any release conditions in this matter.

_____
JAMES ROBERTSON
United States District Judge

Copies to:

Anthony Scarpelli
Assistant United States Attorney

Howard Katzoff, Esquire
601 Indiana Avenue, N.W.
Suite 500
Washington, D.C., 20004