FILED

FEB 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,  :
                              :
    v.                         : Crim. Action No. 06-0304-02
                              :              (JR)
RAMONA BAEZ,             :
                              :
       Defendant.     :

### ORDER

The charges against defendant having been dismissed, it is **ORDERED** that Pretrial Services Agency release her passport, either directly to the defendant, or to her attorney, Howard B. Katzoff, Esq.

                                             _____
                                                  JAMES ROBERTSON
                                       United States District Judge